[No. 3430.]

John Bland, *alias* Lindsy, *v.* The State.

Theft.— Indictment for theft of a horse alleged that the animal was the property of one H., but was stolen from the possession of one K. Allegations in the indictment negatived the consent of H. to the taking of the horse, but failed to negative the consent of K. *Held,* that the indictment is fatally defective by reason of the omission to negative the consent of the person from whose possession the animal was taken.

Appeal from the District Court of Wise. Tried below before the Hon. F. E. Piner.

The case is substantially stated in the opinion. A term of five years in the penitentiary was the punishment assessed against the appellant.

No brief for the appellant.

*J. H. Burts*, Assistant Attorney-General, for the State.

Hurt, Judge. This is a conviction for the theft of a horse. It is alleged in the indictment that the horse was stolen from the possession of one Kinkannon, and that the horse was the property of A. L. Henson. The indictment negatives the consent of Henson, but fails to negative the consent of Kinkannon. This is fatal to the sufficiency of the indictment. This subject will be more fully discussed in the case of *Bailey* v. *The State*.

The judgment is reversed and the prosecution dismissed.

*Reversed and dismissed.*

[Opinion delivered April 15, 1885.]